```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN  DIVISION
```

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

     vs.                             **CASE NO: 2:11-CV-151**
                                         **MAGISTRATE JUDGE KING**

**ROBERT RIDENOUR,**

                **Defendant.**

<u>ORDER</u>

    The United States of America ["plaintiff"] alleges in this action that Robert Ridenour ["defendant"] is in default on a promissory note ("the promissory note") executed and delivered by defendant on June 26, 2001. *Complaint*, Doc. No. 2, ¶ 3. Plaintiff seeks recovery of unpaid principal and interest in the total amount of $100,867.31. Attached to the *Complaint* is a photocopy of the promissory note, Exhibit A, and of a document denominated "Certificate of Indebtedness," Exhibit B.  After it had appeared that defendant, who is proceeding *pro se*, had abandoned the defense of the action, the fact of his default was entered.  *See Order*, Doc. No. 21; *Clerk's Entry of Default*, Doc. No. 22.  With the prior consent of the parties pursuant to 28 U.S.C. §636(c), this matter is now before the Court on plaintiff's unopposed *Motion for Default Judgment,* Doc. No. 24.

    Plaintiff's unopposed *Motion for Default Judgment*, Doc. No. 24, is **GRANTED.**  The Clerk shall enter **FINAL JUDGMENT** in favor of plaintiff and against defendant in the amount of $100,867.31 ($63,150.18 in principal and $37, 717.13 in interest through November

22, 2010), additional interest on the principal balance at the rate of 8.25 % to the date of judgment and additional interest from the date of judgment at the legal interest rate in effect on this date, as well as the costs of this action.

    **IT IS SO ORDERED.**

                                          *s/Norah McCann King*
                                          Norah McCann King
                                        United States Magistrate Judge

December 5, 2011
Date