# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

| | |
|---|---|
| **United States of America** | JUDGMENT IN A CIVIL CASE |
| vs. | **Case No.** 2:11-cv-151 |
| | **Magistrate Judge King** |
| **Robert Ridenour,** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order filed on December 5, 2011 granting motion for default judgment. Judgment entered in favor of plaintiff and against defendant.

Date: December 5, 2011              **James Bonini, Clerk**

By: _s/Rashan Spraggins_____
Rashan Spraggins , Deputy Clerk